UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

    **VALERIE H. SHAW**,　　　　　　　　　　CASE NO.: **10-07287-PMG**

        Debtor (s).
_____/

    **GORDON P. JONES,**
    Chapter 7 Trustee,

        Plaintiff,　　　　　　　　　　ADVERSARY NO.: **11-00095-PMG**

v.

    **VALERIE H. SHAW**,

        Defendant.
_____/

## MOTION TO DISMISS COUNT V - CONVERSION

COMES NOW the Defendant, VALERIE SHAW, and moves the court to dismiss Count V of Plaintiff's Complaint and would show:

1. Plaintiff has brought an action in Count V for conversion of real property.

2. No cause of action lies for the conversion of real property, but only for the conversion of personal property. *American International Land Corp. V. Hanna,* 323 So.2d 567, 569 (Fla. 1975).

WHEREFORE, Defendant prays the court to enter an order dismissing Count V of Plaintiff's complaint.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this Response to Complaint was furnished to Gordon P. Jones, Trustee, via the estate's attorney, Jacob A. Brown, 50 N Laura St, Suite 3100, Jacksonville, FL 32202, electronically, on the __25th__ day of March, 2011.

/s/ Edward P. Jackson
EDWARD P. JACKSON
255 N. Liberty Street, 1st Floor
Jacksonville, FL 32202
(904) 358-1952
(904) 358-1288 fax
Florida Bar No.: 286648
Attorney for Debtors