UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

    **VALERIE H. SHAW**,                  CASE NO.: **10-07287-PMG**

        Debtor (s).
_____/

    **GORDON P. JONES,**
    Chapter 7 Trustee,

        Plaintiff,                   ADVERSARY NO.: **11-00095-PMG**

v.

    **VALERIE H. SHAW**,

        Defendant.
_____/

## MOTION TO DISMISS COUNT VI -
## ACTION FOR REVOCATION OF DISCHARGE

    COMES NOW the Defendant, VALERIE SHAW, and moves the court to dismiss Count VI of Plaintiff's Complaint and would show:

    1.  Plaintiff has filed an action for revocation of discharge based upon the fraudulent intent of the Defendant. This count alleges that the Defendant filed a statement of intentions, as required by 11 U.S.C. § 521(a) regarding her intentions as to secured debt.

    2. 521(a) of the Code requires the debtor state his intentions regarding secured debt.

    3.  The debtor has indicated she intends to surrender this collateral to the secured creditor.

4. Nothing in the statement of intentions indicates that the debtor is supposed to state his intention to surrender property to the trustee.

5. The failure of the Defendant to turn over her residence to the trustee cannot be a fraud because it cannot conflict with her statement of intentions.

6. None of the other allegations in the count are sufficient, even if true, to justify revocation of discharge under 11 U.S.A. § 727(d).

WHEREFORE, Defendant prays the court to enter an order dismissing Count VI of Plaintiff's complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Response to Complaint was furnished to Gordon P. Jones, Trustee, via the estate's attorney, Jacob A. Brown, 50 N Laura St, Suite 3100, Jacksonville, FL 32202, electronically, on the __25th__ day of March, 2011.

/s/ Edward P. Jackson
EDWARD P. JACKSON
255 N. Liberty Street, 1st Floor
Jacksonville, FL 32202
(904) 358-1952
(904) 358-1288 fax
Florida Bar No.: 286648
Attorney for Debtors