UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

**VALERIE H. SHAW**,                   CASE NO.: **10-07287-PMG**

    Debtor (s).
_____/

**GORDON P. JONES,**
    Chapter 7 Trustee,

    Plaintiff,                       ADVERSARY NO.: **11-00095-PMG**

v.

**VALERIE H. SHAW**,

    Defendant.
_____/

## NOTICE OF PROPOUNDING DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF GORDON JONES

Defendant, VALERIE SHAW, gives notice of propounding an original and a copy of her first set of interrogatories to Plaintiff Gordon Jones on this 1st day of April, 2011.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice of Propounding Interrogatories was furnished to Gordon P. Jones, Trustee, via the estate's attorney, Jacob A. Brown, 50 N Laura St, Suite 3100, Jacksonville, FL 32202, electronically, on the   1st   day of April, 2011.

                                              /s/ Edward P. Jackson
                                              EDWARD P. JACKSON
                                              255 N. Liberty Street, 1st Floor
                                              Jacksonville, FL 32202
                                              (904) 358-1952
                                              (904) 358-1288 fax
                                              Florida Bar No.: 286648
                                              Attorney for Defendant